Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
07 NOV 16 PM 4: 29
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

NICENA M. MOLINA

vs

JOHN E. POTTER, Postmaster General Of The United States Postal Service

**SUMMONS IN A CIVIL ACTION**
Case No.

**'07 CV 2198    L (RBB)**

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

DEBORAH E. BRADY-DAVIS, ESQ.   SBN: 141142
3322 SWEETWATER SPRINGS BLVD., SUITE 208
SPRING VALLEY, CALIFORNIA 91977

An answer to the complaint which is herewith served upon you, within __60__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

CLERK

P. DELACRUZ

By _____ Deputy Clerk

NOV 16 2007

DATE

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)