DEBORAH E. BRADY-DAVIS, ESQ. [SBN 141142]
3322 Sweetwater Springs Blvd., Suite 208
Spring Valley, California 91977
(619) 660-2333 / FAX: (619) 660-2351

Attorney for Plaintiff,
NICENA M. MOLINA

**FILED**
MAR 2 0 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ⎯⎯⎯ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRCT OF CALIFORNIA

| | |
|---|---|
| NICENA M. MOLINA ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JOHN E. POTTER, Postmaster General ) <br> Of The United States Postal Service, ) <br> ) <br> Defendant. ) <br> ) <br> ) | Case No. 07 CV 2198 L (RBB) <br><br> **DECLARATION OF SERVICE BY CERTIFIED MAIL** |

I, EDWARD M. DAVIS, JR., declare as follows:

I am and was on the dates herein mentioned over the age of eighteen years and not a party to this action. I am a resident of the County of San Diego, State of California. I am employed in the County of San Diego, State of California. My business address is 3322 Sweetwater Springs Boulevard, Suite 208, Spring Valley, California 91977. My business telephone number is (619) 660-2333.

/////

/////

I served the following documents on Defendant, JOHN E. POTTER, Postmaster General, United States Postal Service:

1) **SUMMONS;** and

2) **COMPLAINT**

by placing a copy of said Summons and Complaint in a separate envelope for the addressees named hereafter, addressed as follows:

>The Honorable Michael B. Mukasey
>United States Attorney General
>U. S. Department of Justice
>950 Pennsylvania Avenue NW
>Washington, D. C. 20530-0001
>
>Mary Wiggins, Civil Process Clerk
>Office of the U. S. Attorney for the Southern District of California
>880 Front Street, Suite 6293
>San Diego, California 92101
>
>-and-
>
>John E. Potter, Postmaster General
>United States Postal Service
>475 L'Enfant Plaza, S.W.
>Washington, D. C. 20260

I then sealed such envelopes and, with postage fully prepaid for certified mail return receipt requested, deposited same in the United States mail at Spring Valley, California on March 20, 2008.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

DATED: March 20, 2008

_____
EDWARD M. DAVIS, JR.